**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WALTER DE LEON MENDEZ,<br>Petitioner,<br>v.<br>FERETI SEMAIA, *et al*.,<br>Respondents. | Case No. 2:26-cv-05703-DMK<br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the Petition is GRANTED IN PART.

Respondents are ORDERED to provide Petitioner Walter de Leon Mendez (A# 240-500-215) with a new hearing before an IJ within seven days, and the hearing shall be limited solely to consideration of the bond amount. The IJ shall: (1) make explicit findings regarding Petitioner's financial ability to pay any bond imposed, and (2) consider any alternative, non-monetary conditions of release, consistent with *Hernandez v. Sessions*, 872 F.3d 976 (9th Cir. 2017).

Respondents are also ordered to file a status report within 72 hours of the completion of the hearing.

DATED: October 23, 2026

HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE